WILLIAM STALLOUP et al., as Assignees, etc., Appellants, *v.*
THE NATIONAL BANK OF THE REPUBLIC, Respondent.

(Argued October 15, 1889; decided October 29, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made March 2, 1888, which affirmed a judgment in favor of
defendant, entered upon an order dismissing the complaint
on trial.

*Charles Blandy* for appellants.

*William S. Cogswell* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Application of the WATER COMMIS-
SIONERS OF AMSTERDAM, Appellants, to Acquire Lands, etc.,
of STEPHEN COLLINS et al., Respondents.

(Argued October 21, 1889.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made November 16,
1886, which reversed an order of Special Term granting a
motion on the part of the appellant to amend its petition.

*M. L. Stover* for appellant.

*John M. Carroll* for respondents.

Dismissed on argument.